# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00835-SAB (PC)<br><br>ORDER FINDINGS FIRST AMENDED COMPLAINT STATES COGNIZABLE CLAIM, AND FORWARDING PLAINTIFF SUMMONS FOR SERVICE OF PROCESS<br><br>[ECF No. 18] |

Plaintiff Alfred Brown is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Scottlynn Hubbard. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The Court has screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915, and finds that Plaintiff states a cognizable claim against Defendant the California Department of Corrections and Rehabilitation for violation of Title II of Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is further DIRECTED to issue Plaintiff a summons for Defendant the California Department of Corrections and Rehabilitation; and

2. Plaintiff must complete service of process and file proof thereof with the Court within ninety days pursuant to Federal Rule of Civil Procedure 4(m), or request that the United States Marshal serve a copy of the summons and complaint.

IT IS SO ORDERED.

Dated: **August 21, 2019**

UNITED STATES MAGISTRATE JUDGE