# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM DECEMBER 19, 2019, TO **FEBRUARY 20, 2020 AT 9:30 A.M.**<br><br>[ECF No. 23] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before United States Magistrate Judge Barbara A. McAuliffe on December 19, 2019, at 9:30 a.m.

Today, the Court was advised that Plaintiff cannot presently be transported to the Court on this date. Generally, the Court allows inmates to appear telephonically for pretrial proceedings; however, the Court finds that settlement conferences are not productive without the ability to have face to face contact with the participants. Therefore, the Court requires the parties to personally appear for settlement conferences. The Court's past experience has demonstrated that the California Department of Corrections telephone and/or video conferencing system can be unreliable; and therefore it is insufficient for the purposes of conducting a settlement conference. Thus, the Court finds that it is not

1

practicable to allow an inmate to appear by telephone or video at a settlement conference. Accordingly, the Court finds it necessary to reschedule the settlement conference to **February 20, 2020, at 9:30 a.m.** to allow the facility to coordinate the transportation of Plaintiff. The Court will issue the necessary writ of habeas corpus ad testificandum in due course.

IT IS SO ORDERED.

Dated: __December 17, 2019__

UNITED STATES MAGISTRATE JUDGE