1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED ON NOVEMBER 19, 2019<br><br>[ECF No. 24] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2019, the Court issued a writ of habeas corpus ad testificandum to transport Plaintiff to this Court for a settlement conference on December 19, 2019, before United States Magistrate Judge Barbara A. McAuliffe.   Because the settlement conference has been rescheduled to February 20, 2020, the writ of habeas corpus ad testificandum issued on November 19, 2019, is **HEREBY VACATED**.


IT IS SO ORDERED.

Dated:   **December 17, 2019**

_____
UNITED STATES MAGISTRATE JUDGE