UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ALFRED BROWN, | Case No. 1:19-cv-00835-AWI-SAB (PC) |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT |
| v. | **INMATE ALFRED BROWN**, CDCR #J-15695 |
| CALIFORNIA DEPARTMENT CORRECTIONS AND REHABILITATION | DATE: February 20, 2020<br>TIME: 9:30 a.m. |
| Defendant. | LOCATION: Courtroom 8 (BAM) |

**Inmate Alfred Brown**, **CDCR #J-15695**, a necessary and material witness on his own behalf in a settlement conference on February 20, 2020, is confined at the California Health Care Facility, 7707 Austin Road, Stockton CA 95215 in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at Courtroom #8, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Thursday, February 20, 2020, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Health Care Facility:**

**WE COMMAND** you to produce the inmate named above, <u>along with his legal property</u>, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 21, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

