# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>   Plaintiff,<br><br>v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>   Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED ON JANUARY 22, 2020<br><br>[ECF No. 30] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2020, the Court issued a writ of habeas corpus ad testificandum to transport Plaintiff to this Court for a settlement conference on February 20, 2020, before United States Magistrate Judge Barbara A. McAuliffe. Because the settlement conference has been rescheduled to April 9, 2020, the writ of habeas corpus ad testificandum issued on January 22, 2020, is **HEREBY VACATED**. A new transportation writ will issue in due course.

IT IS SO ORDERED.

Dated: **January 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1