# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE CURRENTLY SET FOR APRIL 9, 2020 TO JUNE 1, 2020<br><br>[ECF No. 35] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2020, the parties submitted a stipulation to continue and reschedule the settlement conference currently set for April 9, 2020, before Magistrate Judge Barbara A. McAuliffe.

Good cause having been presented, it is HEREBY ORDERED that the settlement conference is rescheduled for **Monday, June 1, 2020**, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe at the United States Courthouse located at 2500 Tulare Street, Fresno, California. The parties shall provide a confidential statement to the following email address:bamorders@caed.uscourts.gov. on or

///
///
///

1

before **May 25, 2020**.  All other provisions of the Court's October 17, 2019 order remain in full force and effect.  The Court will issue the necessary transportation order in due course.

IT IS SO ORDERED.

Dated: __**March 10, 2020**__                              _____
                                                                                UNITED STATES MAGISTRATE JUDGE