# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED ON MARCH 9, 2020<br><br>[ECF No. 34] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2020, the Court issued a writ of habeas corpus ad testificandum to transport Plaintiff to this Court for a settlement conference on April 9, 2020, before United States Magistrate Judge Barbara A. McAuliffe. Because the settlement conference has been rescheduled to June 1, 2020, the writ of habeas corpus ad testificandum issued on March 9, 2020, is **HEREBY VACATED**. A new transportation writ will issue in due course.

IT IS SO ORDERED.

Dated: **March 10, 2020**

UNITED STATES MAGISTRATE JUDGE

1