# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGBINOSA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>**Video** Settlement Conference:<br>Date: **August 3, 2020**<br>Time: **9:30 a.m.**<br>Judge: **Barbara A. McAuliffe** |

On October 17, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action. (ECF No. 23.) The settlement conference was rescheduled several times, (ECF Nos. 28, 32, 36), and was held before the undersigned on June 1, 2020.

Upon discussion with counsel and the parties, the Court finds it appropriate to continue the settlement conference in this action to allow further investigation.

Accordingly, it is HEREBY ORDERED as follows:

1. The settlement conference is continued to **August 3, 2020, at 9:30 a.m.** and will be held **remotely** before Magistrate Judge Barbara A. McAuliffe;

2. Plaintiff shall appear **telephonically** and counsel shall appear via **videoconference (via Zoom)**;

1

3. Plaintiff's counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed;

4. Counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for video and dial-in information for all parties;

5. The action remains STAYED, with the exception that Plaintiff is permitted to seek leave to amend the complaint; and

6. All other requirements set forth in the October 17, 2019 order setting settlement conference remain in effect.

IT IS SO ORDERED.

Dated: **June 1, 2020**              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

2