# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALFRED BROWN, | Case No. 1:19-cv-00835-AWI-SAB |
|---|---|
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |
| v. | |
| NGOZI IGBINOSA, et al., | |
| Defendant. | |

The Court conducted a settlement conference in this action on August 3, 2020, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1