# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. NGOZI IGBINOSA, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00835-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>[ECF No. 41] |

Plaintiff Alfred Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 14, 2020, the parties filed a stipulation of voluntary dismissal with prejudice. (ECF No. 41.) In light of the stipulation of the parties, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Each party shall bear its own litigation costs and attorney's fee. The Court will retain to enforce the settlement.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **August 17, 2020**

UNITED STATES MAGISTRATE JUDGE

1